**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FRANCIS X. DUMONT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02864-APG-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LEO A. DALY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Motion for Leave to Appear Telephonically at Early Neutral Evaluation ("ENE") (ECF No. 20), filed on May 30, 2017. Defendant filed its Opposition (ECF No. 21) on May 31, 2017.

Plaintiff requests leave to appear telephonically for the ENE set for June 2, 2017. Plaintiff fails to provide sufficient information regarding the circumstances of him being out of town and the Court, therefore, denies his request to appear telephonically. If Plaintiff is able to provide legitimate reasons why his need to be out of town outweighs the requirement that he be present in person, the Court will consider a continuation of the ENE or telephonic appearance. Plaintiff may file a supplement to his request by **5:00 p.m. today, May 31, 2017**.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Appear Telephonically at Early Neutral Evaluation (ECF No. 20) is **denied,** without prejudice.

DATED this 31st day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge