UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANCIS X. DUMONT, | Case No. 2:16-cv-02864-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Clarify – ECF No. 39) |
| LEO A. DALY COMPANY, | |
| Defendant. | |

Before the court is Plaintiff's Motion for Clarification of the Court's Order Filed August 31, 2017 Extending Discovery Period (ECF No. 39). The court has considered the motion and the Supplement (ECF No. 40). Haste makes waste. It was the court's intention to grant a 30-day extension of the deadline to complete discovery, file dispositive motions and the joint pretrial order.

**IT IS ORDERED** that Plaintiff's Motion for Clarification (ECF No. 39) is **GRANTED**, and the following deadlines shall apply:

1. Last date to complete discovery: **October 25, 2017**.
2. Last date to file dispositive motions: **November 24, 2017**.
3. Last date to file joint pretrial order: **December 26, 2017**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 6th day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1