Deverie J. Christensen
Nevada State Bar #6596
Phillip C. Thompson
Nevada State Bar #12114
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
christensend@jacksonlewis.com
phillip.thompson@jacksonlewis.com

*Attorney for Defendant*
*Leo A. Daly Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS X. DUMONT, | Case No. 2:16-cv-02864-APG-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE HEARING ON 11/14/2017, at 2:00 P.M., PURSUANT TO AGREEMENT OF PARTIES** |
| vs. | |
| LEO A. DALY COMPANY, | |
| Defendant. | |

Defendant Leo A. Daly Company ("Defendant") and Plaintiff Francis X. Dumont ("Plaintiff"), by and between their respective counsels, hereby stipulate and agree that the Hearing currently scheduled by this Court on Tuesday, November 14, 2017, at 2:00 p.m., be vacated pursuant to the Parties' agreement resolving the pending motions. This stipulation is submitted and based upon the following:

    1.    On October 6, 2017, Defendant filed an Emergency Motion to Quash Subpoena (ECF No. 43), and an Emergency Motion for Protective Order to Preclude the Deposition of Leo A. Daly, III (ECF No. 44) (collectively the "Motions").

    2.    On October 20, 2017, the Court issued a Notice of Hearing setting the Motions for Hearing on November 14, 2017, at 2:00pm.

    3.    After further meet and confer efforts, the Parties have agreed to resolve the discovery disputes at issue in the Motions and stipulate as follows:

        a.    As to the Motion to Quash Subpoena (ECF No. 43), the parties stipulate and

agree that Defendant will produce the following records no later than 5:00p.m., on November 15, 2017: all Incentive Compensation Plan ("ICP") Calculation Sheets, for Fiscal Years Ending 2012-2014, for all ICP participants in Defendant's Las Vegas and Omaha Offices; and, Plaintiff will forego seeking production of emails identified in Defendant's Privilege Log that was produced in response to Plaintiff's Requests for Production of Documents (all other records sought by Plaintiff's subpoena were produced in discovery);

    b. As to the Motion for Protective Order to Preclude the Deposition of Leo A. Daly, III (ECF No. 44), the parties stipulate and agree that Defendant will not call Mr. Leo A. Daly, III, as a witness nor seek to offer his testimony in this case; and Plaintiff will no longer seek to take Mr. Daly's deposition;

    c. The Motions and all disputed subjects therein are resolved by the Parties' stipulation and agreement; and,

    d. The Parties stipulate and respectfully request the Court vacate the Hearing set on Thursday, November 14, 2017.

Dated this 13th day of November, 2017.

| PAUL PADDA LAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Paul S. Padda* <br> Paul S. Padda, Bar No. 10417 <br> Joshua Y. Ang, Bar No. 14026 <br> 4240 West Flamingo Road, Suite 220 <br> Las Vegas, Nevada 89103 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Phillip C. Thompson, Bar No. 12114 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* <br> *Francis X. Dumont* | *Attorneys for Defendant* <br> *Leo A. Daly Company* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge/Magistrate

Dated: November 14, 2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 14th day of November, 2017, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **STIPULATION AND ORDER TO VACATE HEARING ON 11/14/2017, at 2:00 P.M., PURSUANT TO AGREEMENT OF PARTIES** to the following:

Paul S. Padda
Joshua Y. Ang
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*
*Francis X. Dumont*

                                                */s/ Kelley Chandler*
                                                Employee of Jackson Lewis P.C.

4820-5254-1781, v. 1